IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EDWARD RYAN ISAAC CHANDLER,
         Petitioner,

v.                                               **Judgment in a Civil Case**

TRACY JOHNS,
         Respondent.                     Case Number: 5:11-HC-2259-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of petitioner's response to this court's order.§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on August 28, 2012, with service on:</u>
Edward Ryan Isaac Chandler, 20518-058, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

August 28, 2012                                           /s/ Julie A. Richards
                                                                      Clerk